FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**July 1, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>ALERY AL REID,<br><br>  Defendant - Appellant. | No. 26-2013<br>(D.C. No. 1:25-CR-00572-DHU-1)<br>(D. N.M.) |

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]
_____

This matter is before us on appellant Alery Al Reid's *Motion for Summary Disposition and Remand*. (ECF No. 22.) Mr. Reid makes an unopposed request for the court to remand this matter to the district court for resentencing. Upon consideration and review of the record, we grant the motion.

We remand this matter to the district court with instructions to vacate Mr. Reid's sentence and to undertake, in its discretion, both (i) all proceedings necessary

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because we decide this matter on appellant's *Motion for Summary Disposition and Remand*, this panel has unanimously determined that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); (f); 10th Cir. R. 34.1(G).  The case is therefore submitted without oral argument.

and appropriate to resentence Mr. Reid in accord with the *Motion* filed in this court and (ii) any other proceedings it deems necessary and appropriate.

We direct the Clerk of the Court to issue the mandate forthwith.

Entered for the Court

Per Curiam